UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE SHETLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERCO; AMERCO REAL ESTATE COMPANY; U-HAUL INTERNATIONAL, INC.,<br><br>Defendants. | Case No. 2:18-cv-00867-JFC |

NOTICE OF VOLUNTARY
DISMISSAL OF DEFENDANT AMERCO
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Nicole Shetler hereby files the voluntary dismissal of her claims against AMERCO without prejudice, and with each party bearing their own attorneys' fees, costs, and expenses. Defendant has not served either an answer or motion for summary judgment in this case.

Dated: October 9, 2018

*/s/ Kelly K. Iverson*
Benjamin J. Sweet
bsweet@carlsonlynch.com
Kelly K. Iverson
kiverson@carlsonlynch.com
Elizabeth Pollock-Avery
eavery@carlsonlynch.com
CARLSON LYNCH SWEET
KILPELA & CARPENTER, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on October 9, 2018, the foregoing was filed with the Clerk of the Court using the CM/ECF System, which will send notification of filing to the following counsel of record:

Amy Brown Doolittle (DC Bar No. 451090)
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20007
amy.doolittle@squirepb.com

Allen A. Kacenjar (Ohio Bar No. 0071224)
Squire Patton Boggs (US) LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114
allen.kacenjar@squirepb.com

Adam R. Fox (CA Bar No. 280542)
SQUIRE PATTON BOGGS (US) LLP
555 So. Flower Street, Suite 3100
Los Angeles, California 90071
adam.fox@squirepb.com

*/s/ Kelly K. Iverson*