IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE SHETLER, individually and on behalf of all others similarly situated,<br><br>v.<br><br>AMERCO, INC.,<br><br>    Defendant. | Civil Action No. 18-867-JFC |

### DEFENDANT AMERCO'S OBJECTION TO STATEMENTS IN PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Without waiving and expressly subject to and in furtherance of AMERCO's assertion that this Court lacks personal jurisdiction over it, AMERCO objects to Plaintiff's statement in her Notice of Voluntary Dismissal [Dkt. No. 23] that each side should bear their own attorneys' fees, costs and expenses associated with Plaintiff's action against AMERCO. Nothing in Federal Rule of Civil Procedure 41 or other governing law endows Plaintiff with the unilateral authority to make such a determination, and AMERCO expressly preserves its right to pursue attorneys' fees and costs associated with having to file its Motion to Dismiss for Lack of Personal Jurisdiction or Alternatively for Failure to State a Claim [Dkt. No. 18].

Dated:  October 11, 2018				Respectfully submitted,


						/s/ Amy Brown Doolittle
						Amy Brown Doolittle (DC Bar No. 451090)
						*Admitted Pro Hac Vice*
						SQUIRE PATTON BOGGS (US) LLP
						2550 M Street, NW
						Washington, DC 20007
						(202) 626-6707
						amy.doolittle@squirepb.com

						Allen A. Kacenjar (Ohio Bar No. 0071224)
						Squire Patton Boggs (US) LLP
						4900 Key Tower
						127 Public Square
						Cleveland, Ohio 44114
						Tel.: +1 216 479-8296
						allen.kacenjar@squirepb.com

						and

						Adam R. Fox (CA Bar No. 280542)
						*Admitted Pro Hac Vice*
						SQUIRE PATTON BOGGS (US) LLP
						555 So. Flower Street, Suite 3100
						Los Angeles, California 90071
						Tel: +1 213 624-2500
						adam.fox@squirepb.com


						Attorneys for Defendant
						AMERCO

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served pursuant to Electronic Case Filing system on October 11, 2018 upon:

Benjamin J. Sweet (PA State Bar No. 87338)
Kelly K. Iverson (PA State Bar No. 307175)
Elizabeth Pollock-Avery (PA State Bar No. 314841)
CARLSON LYNCH SWEET KILPELA &
CARPENTER LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania  15222
Tel.:  +1 412 322 9243
Fax:  +1 412 231 0246

Attorneys for Plaintiff
NICOLE SHETLER, individually and on behalf of all others similarly situated

/s/ Amy Brown Doolittle
One of the Attorneys for Defendant
AMERCO