# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE SHETLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>AMERCO REAL ESTATE COMPANY;<br>U-HAUL INTERNATIONAL, INC.,<br><br>Defendants. | Case No. 2:18-cv-00867-PJP |

## STIPULATION FOR DISMISSAL

Plaintiff, Nicole Shetler, and Defendants AMERCO Real Estate Company ("AREC") and U-Haul International, Inc. ("UHI") (collectively "Defendants"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED, with prejudice as between Nicole Shetler and Defendants;

2. No motion for class certification has been filed and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules; and

3. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

[Signature block on following page.]

Dated: June 25, 2019

| | |
|---|---|
| */s/ Benjamin J. Sweet* | */s/ Amy Brown Doolittle* |
| Benjamin Sweet | Amy Brown Doolittle |
| The Sweet Law Firm, PC | SQUIRE PATTON BOGGS (US) LLP |
| 186 Mohawk Drive | 2550 M. Street, NW |
| Pittsburgh, PA 15228 | Washington, DC 20007 |
| Email: ben@sweetlawpc.com | Email: amy.doolittle@squirepb.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 25, 2019, I filed the foregoing document via CM/ECF, which caused the foregoing document to be served on all parties or their counsel of record who have entered appearances in this matter.

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet
